**JUDGE BUCHWALD**

**07 CIV 6063**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

CAPITAL BEVERAGE CORPORATION,

        Plaintiff,

v.

OAK BEVERAGES, INC.; VICTORIA BEVERAGE, INC.; and DEALY & SILBERSTEIN, LLP (solely in its capacity as Escrow Agent),

        Defendants.

-------------------------------------------------------------- x

Civil Action No. _____

Rule 7.1 Statement



RECEIVED
JUN 26 2007
U.S.D.C. S.D. N.Y.
CASHIERS

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Capital Beverage Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

CAP Communications, Ltd. (wholly-owned subsidiary)

Date: June 26, 2007

                                            Martin S. Siegel (MSS 9490)