UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
CAPITAL BEVERAGE CORPORATION,                                 :
                                                              :   Civ. No. 07 CIV 6063
                    Plaintiff,                                :
                                                              :
v.                                                            :   ACKNOWLEDGEMENT
                                                              :   OF SERVICE
OAK BEVERAGES, INC.; VICTORIA                                 :
BEVERAGE, INC.; and DEALY &                                   :
SILBERSTEIN, LLP (solely in its capacity as                   :
Escrow Agent),                                                :
                                                              :
                    Defendants.                               :
                                                              :
------------------------------------------------------------- x

The undersigned, counsel for Oak Beverages, Inc. ("Oak"), defendant in the above-referenced action, states that he is duly authorized by Oak to accept service of the Summons and Complaint on behalf of Oak. That the undersigned does hereby acknowledges proper service of the Summons and Complaint without waiving any other defense available to Oak except as to service of process.

Dated: ~~June~~ July 3, 2007

                                              Raymond J. Averna, Esq.
                                              Attorney for Defendant Oak Beverages, Inc.
                                              Ettelman & Hochheiser, P.C.
                                              100 Quentin Roosevelt Boulevard
                                              Suite 401
                                              Garden City, New York  11530