UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
: 
CAPITAL BEVERAGE CORPORATION,          :
:       Civ. No. 07 CIV 6063
Plaintiff,                   :
:
v.                                                        :       ACKNOWLEDGEMENT
:       OF SERVICE
OAK BEVERAGES, INC.; VICTORIA          :
BEVERAGE, INC.; and DEALY &                :
SILBERSTEIN, LLP (solely in its capacity as :
Escrow Agent),                                        :
:
Defendants.              :
:
------------------------------------------------------------- x

The undersigned, counsel for Victoria Beverage, Inc. ("Victoria"), defendant in the above-referenced action, states that he is duly authorized by Victoria to accept service of the Summons and Complaint on behalf of Victoria. That the undersigned does hereby acknowledges proper service of the Summons and Complaint without waiving any other defense available to Victoria except as to service of process.

Dated: ~~June~~ July 3, 2007

_____
Raymond J. Averna, Esq.
Attorney for Defendant Victoria Beverage, Inc.
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Boulevard
Suite 401
Garden City, New York 11530