UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

CAPITAL BEVERAGE CORPORATION,

        Plaintiff,

v.

OAK BEVERAGES, INC.; VICTORIA
BEVERAGE, INC.; and DEALY &
SILBERSTEIN, LLP (solely in its capacity as
Escrow Agent),

        Defendants.

------------------------------------------------------------ x

Civ. No. 07 CIV 6063

**ACKNOWLEDGEMENT OF SERVICE**

      The undersigned, acting as Escrow Agent and counsel for Dealy & Silberstein, LLP, named solely in the above-referenced action in its capacity as the parties' Escrow Agent, states that he is duly authorized to accept service of the Summons and Complaint on behalf of Dealy & Silberstein, LLP as the Escrow Agent. That the undersigned does hereby acknowledges proper service of the Summons and Complaint without waiving any other defense available to Dealy & Silberstein, LLP except as to service of process.

Dated: June 26, 2007

                                        William J. Dealy, Esq.
                                        Dealy & Silberstein, LLP
                                        225 Broadway
                                        Suite 1405
                                        New York, New York 10007