UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAPITAL BEVERAGE CORPORATION,

                           Plaintiff,

     v.

OAK BEVERAGES, INC., VICTORIA
BEVERAGE, INC., and DEALY &
SILBERSTEIN, LLP (solely in its capacity as
Escrow Agent),

                       Defendants.
------------------------------------------------------------X

07 CV 6063 (NRB)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Victoria Beverage, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    NONE.

Dated: Garden City, New York
         July 23, 2007

                                             ETTELMAN & HOCHHEISER, P.C.

                                             By: _____
                                                 Gary Ettelman (GE-9315)
                                             *Attorneys for Defendants*
                                             *Oak Beverage Inc. and Victoria Beverage Inc.*
                                             100 Quentin Roosevelt Blvd., Suite 401
                                             Garden City, NY 11530
                                             (516) 227-6300