## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                                  SS:
COUNTY OF NASSAU )

     **SUSAN TURNER,** being duly sworn, deposes and says, that deponent is not a party to this action, is over eighteen (18) years of age, and resides in Wantagh, Nassau County, New York.

     That on the 23rd day of July, 2007, your deponent served the within **RULE 7.1 STATEMENT** upon the following:

> Martin S. Siegel, Esq.
> Brown Rudnick Berlack Israels LLP
> *Attorneys for Plaintiff*
> *Capital Beverage Corporation*
> Seven Times Square
> New York, New York 10036

**X**    at the address(es) designated above for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office official depository, under the exclusive care and custody of the United States Postal Service within the State of New York;

__    facsimile transmittal ;

__    delivering same to the persons and at the addresses set forth above by Overnight Mail Delivery;

__    delivering same personally to the persons and at the addresses set forth above by Hand Delivery;

__    at the addresses designated above for that purpose, by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, certified, return receipt requested in a post office official depository, under the exclusive care and custody of the United States Postal Service within the State of New York.

                                            */s/ Susan Turner*
                                            **SUSAN TURNER**

Sworn to before me
this 23rd day of July, 2007.

*/s/ Jeanne M. Corradi*
Notary Public
F:\Oak - General\Capital Beverages\Litigation\AOS - Rule 7.1 Stmt - Victoria.doc

JEANNE M. CORRADI
Notary Public, State of New York
No. 01CO6153837
Qualified in Nassau County
Commission Expires Oct. 16, 2010