**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: 
CAPITAL BEVERAGE CORPORATION, :
: **Civ. Action No. 07 CIV 6063 (NRB)**
Plaintiff, :
:
v. :
:
OAK BEVERAGES, INC.; VICTORIA :
BEVERAGE, INC.; and DEALY & :
SILBERSTEIN, LLP (solely in its capacity as :
Escrow Agent), :
:
Defendants. :
:
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2007, I electronically filed Plaintiff's Reply to Counterclaim with the Clerk of the District Court using its CM/ECF system, which would then notify the following CM/ECF participants on this case:

Raymond J. Averna, Esq.
Gary Ettelman, Esq.
ETTELMAN & HOCHHEISER, P.C.
100 Quentin Roosevelt Boulevard, Suite 401
Garden City, New York 11530
Telephone: (516) 227-6300
*Attorneys for Defendants Oak Beverages, Inc.*
*and Victoria Beverage, Inc.*


Milo Silberstein, Esq.
William J. Dealy, Esq.
DEALY & SILBERSTEIN, LLP
225 Broadway, Suite 1405
New York, New York 10007
Telephone: (212) 385-0066
*Attorneys Pro Se*

8166680

/s/ Martin S. Siegel
Martin S. Siegel (MSS 9490)

BROWN RUDNICK BERLACK ISRAELS LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
*Attorneys for Plaintiff*
*Capital Beverage Corporation*

Dated: August 15, 2007

8166680