**MEMO ENDORSED**



**BROWN RUDNICK**

Martin S. Siegel, Esq.
direct dial: (212) 209-4829
msiegel@brownrudnick.com



FEB - 7 2008

\_D STATES DISTRICT JUDGE

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

February 7, 2008

**VIA FACSIMILE**

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2270
New York, NY 10007

      RE:  **Capital Beverage Corp. v. Oak Beverages, Inc., et al. - No. 07 Civ. 6063 (NRB)**

Dear Judge Buchwald:

    We represent Plaintiff Capital Beverage Corporation in the above matter. On behalf of all parties, we write to provide a brief update on the status of proceedings pending before the State of New York Department of Labor ("NYDOL") concerning the NYDOL's experience ratings assessment for Oak Beverages, Inc. ("Oak").

    On December 3, 2007, the Court granted the parties' mutual request for the following discovery schedule: (1) completion of all written discovery and exchange of documents by February 15, 2008; and (2) completion of all deposition discovery by March 28, 2008. We were informed this week, however, that the New York Unemployment Insurance Appeals Board has scheduled an administrative hearing on Oak's experience ratings assessment for February 27, 2008, which will also concern issues relevant to the pending proceeding before the Court.

    In light of the scheduled hearing, the parties would jointly and respectfully propose to the Court that, subject to the Court's consideration and approval, the present discovery schedule be amended as follows: (1) completion of all written discovery and exchange of documents by March 28, 2008; and (2) completion of all deposition discovery by May 2, 2008.

    Please let us know if this schedule is acceptable to the Court.

*So Ordered.*
*Naomi Reice Buchwald*
*USDJ 2/7/08*

Respectfully submitted,

Martin S. Siegel

cc:    Counsel of Record

# 8177278 v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/08

Brown Rudnick Berlack Israels LLP    an international law firm    Boston | Dublin | Hartford | London | New York | Providence | Washington