

**BROWNRUDNICK**

Martin S. Siegel, Esq.
direct dial: (212) 209-4829
msiegel@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 2 12 209.4800
fax 2 12 209 4801

June 5, 2008

**VIA FACSIMILE**

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2270
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/08

RE: <u>Capital Beverage Corp. v. Oak Beverages, Inc., et al. - No. 07 Civ. 6063 (NRB)</u>

Dear Judge Buchwald:

We represent Plaintiff Capital Beverage Corporation in the above matter. On behalf of all parties, we write to request an extension of the deadline in which to complete deposition discovery.

On March 27, 2008, the Court issued an order allowing the parties until June 6, 2008 to complete deposition discovery. The parties have noticed the relevant depositions but have been obliged to schedule the actual depositions during the weeks of July 28 and August 4, 2008 to accommodate the schedules of the parties and deponents, and to complete the mediation directed by the Court.

The parties therefore respectfully request that the Court amend the deposition discovery deadline to allow the parties until Friday, August 8, 2008 to complete the depositions that are presently scheduled between late July and early August.

Please let us know if this schedule is acceptable to the Court.

Respectfully submitted,

*Martin A. Siegel*

Martin S. Siegel

cc: Counsel of Record

# 8185246 v1

*Handwritten annotation:* Application granted. Absolutely no further extensions will be granted. The parties are reminded that the mediation program does not provide a basis to alter a discovery schedule set by the Court. So Ordered. [signature] USDJ 6/13/08

Brown Rudnick LLP    an international law firm    Boston | Dublin | Hartford | London | New York | Providence | Washington