USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CAPITAL BEVERAGE CORPORATION,

               Plaintiff,               O R D E R

        - against -              07 Civ. 6063 (NRB)

OAK BEVERAGES, INC.; VICTORIA BEVERAGE,
INC.; and DEALY & SILBERSTEIN, LLP
(solely in its capacity as Escrow Agent),

               Defendants.
------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:    New York, New York
            August 28, 2008

                                            _____
                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE