UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

CAPITAL BEVERAGE CORPORATION,

                Plaintiff,

v.

OAK BEVERAGES, INC.; VICTORIA
BEVERAGE, INC.; and DEALY &
SILBERSTEIN, LLP (solely in its capacity as
Escrow Agent),

                Defendants.

------------------------------------------------------------ x

Civ. Action No.
07 CIV 6063 (NRB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08

### JOINT STIPULATION AND ORDER OF DISMISSAL
### WITH PREJUDICE

Pursuant to a Settlement Agreement, Plaintiff Capital Beverage Corporation and Defendants, Oak Beverages, Inc., Victoria Beverage, Inc., and Dealy & Silberstein, LLP, solely in its capacity as the Escrow Agent, through their undersigned counsel, hereby stipulate to the dismissal with prejudice of this action, including all claims that were asserted or could have been asserted herein (the "Action"), pursuant to Fed. R. Civ. P. 41(a)(1). Pursuant to the Settlement Agreement, the Parties further agree that the Parties shall respectively bear their own costs and attorneys' fees and that this Court shall retain jurisdiction to resolve all matters relating to the Action, including enforcement of the Settlement Agreement.

SO ORDERED this ___8th___ day of __September__, 2008.

_____
U.S.D.J.

WITH THE CONSENT OF:

*[signature: Martin S. Siegel]*

Martin S. Siegel, Esq.
BROWN RUDNICK LLP
Seven Times Square
47th Floor
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Attorneys for Plaintiff*
*Capital Beverage Corporation*

Gary Ettelman, Esq.
ETTELMAN & HOCHHEISER, P.C.
100 Quentin Roosevelt Boulevard
Suite 401
Garden City, New York 11530
Telephone: (516) 227-6300
Facsimile: (516) 227-6307

*Attorneys for Defendants*
*Oak Beverages, Inc. and Victoria Beverage, Inc.*

William J. Dealy, Esq.
Milo Silberstein, Esq.
DEALY & SILBERSTEIN, LLP
225 Broadway
Suite 1405
New York, New York 10007
Telephone: (212) 385-0066
Facsimile: (212) 385-2117

*In Its Capacity as the Escrow Agent*

# 8190817 v1

WITH THE CONSENT OF:

---

Martin S. Siegel, Esq.
BROWN RUDNICK LLP
Seven Times Square
47th Floor
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Attorneys for Plaintiff*
*Capital Beverage Corporation*

---

Gary Ettelman, Esq.
ETTELMAN & HOCHHEISER, P.C.
100 Quentin Roosevelt Boulevard
Suite 401
Garden City, New York 11530
Telephone: (516) 227-6300
Facsimile: (516) 227-6307

*Attorneys for Defendants*
*Oak Beverages, Inc. and Victoria Beverage, Inc.*

---

William J. Dealy, Esq.
Milo Silberstein, Esq.
DEALY & SILBERSTEIN, LLP
225 Broadway
Suite 1405
New York, New York 10007
Telephone: (212) 385-0066
Facsimile: (212) 385-2117

*In Its Capacity as the Escrow Agent*

# 8190817 v1

WITH THE CONSENT OF:

Martin S. Siegel, Esq.
BROWN RUDNICK LLP
Seven Times Square
47th Floor
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Attorneys for Plaintiff*
*Capital Beverage Corporation*

Gary Ettelman, Esq.
ETTELMAN & HOCHHEISER, P.C.
100 Quentin Roosevelt Boulevard
Suite 401
Garden City, New York 11530
Telephone: (516) 227-6300
Facsimile: (516) 227-6307

*Attorneys for Defendants*
*Oak Beverages, Inc. and Victoria Beverage, Inc.*

William J. Dealy, Esq.
Milo Silberstein, Esq.
DEALY & SILBERSTEIN, LLP
225 Broadway
Suite 1405
New York, New York 10007
Telephone: (212) 385-0066
Facsimile: (212) 385-2117

*In Its Capacity as the Escrow Agent*

# 8190817 v1